UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAAC LEVY,

        Plaintiff,

    v.

CHEVRON U.S.A. INC.,

        Defendant.

Case No. 14-cv-01395-JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.    DATES**

Jury Trial Date: Monday, May 11, 2015, at 8:00 a.m., 7 days

Jury Selection: May 6, 2015 at 8:00 a.m.

Pretrial Conference:, Monday, March 23, 2015, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, January 9, 2015 9:00 A.M.

**B.    DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

[Pursuant to Federal Rule of Civil Procedure 26(d), no formal discovery shall be initiated by any party until after the meet and confer session by Rule 26(f), except by stipulation of the parties or by prior court order. As soon as a party has notice of this Order, however, the party

1 shall take such affirmative steps as are necessary to preserve evidence related to the issues
2 presented by the action, including, but not limited to, interdiction of any document-destruction
3 programs and any ongoing erasures of e-mails, voice mails, and other electronically-recorded
4 material.]

**C.  ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred to court-connected mediation, to be completed by December 31, 2014. The parties shall promptly notify the Court whether the case is resolved at the mediation.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
JEFFREY S. WHITE
United States District Judge